# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: DOUGLAS K. CARLSON           §      Case No. 13-80188
       VICTORIA L. CARLSON          §
                                    §
                                    §
            Debtors                 §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was converted to chapter 13 on 03/13/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/17/2013.

5) The case was converted on 05/22/2013.

6) Number of months from filing or conversion to last payment: NA.

7) Number of months case was pending: 2.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,015.86.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 0.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 0.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 0.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 0.00 |
| Attorney fees paid and disclosed by debtor: | $ 1,000.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A LAW OFFICE OF CROSBY & | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| CHASE MTG | Uns | 163,362.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE MG | Uns | 1,613.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED SURGEONS OF | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Uns | 1,025.00 | NA | NA | 0.00 | 0.00 |
| AT & T | Uns | 193.60 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 2,698.04 | 2,698.04 | 2,698.04 | 0.00 | 0.00 |
| BLATT HASENMILLER LEIBSKER & | Uns | 896.21 | NA | NA | 0.00 | 0.00 |
| BLITT & GAINES PC | Uns | 5,044.18 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 4,222.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 3,267.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC | Uns | 2,107.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 507.00 | NA | NA | 0.00 | 0.00 |
| CAP ONE | Uns | 408.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERV | Uns | 5,903.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERV | Uns | 1,507.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERV | Uns | 950.00 | NA | NA | 0.00 | 0.00 |
| CB ACCTS INC | Uns | 99.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CB ACCTS INC | Uns | 7.00 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES INC | Uns | 719.67 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES INC | Uns | 1,241.12 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 228.45 | NA | NA | 0.00 | 0.00 |
| DELL PREFERRED ACCOUNT | Uns | 3,413.71 | NA | NA | 0.00 | 0.00 |
| DENNIS A BREBNER & ASSOCIATES | Uns | 1,630.30 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 1,206.12 | 550.63 | 550.63 | 0.00 | 0.00 |
| ECHELON RECOVERY INC | Uns | 925.08 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Uns | 1,555.96 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CORPORATION OF | Uns | 182.24 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SV | Uns | 193.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 793.00 | 1,154.87 | 1,154.87 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 896.00 | 896.21 | 896.21 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 911.21 | 992.48 | 992.48 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 2,106.83 | 2,358.83 | 2,358.83 | 0.00 | 0.00 |
| JCC & ASSOCIATES INC | Uns | 5,848.72 | NA | NA | 0.00 | 0.00 |
| JOHN C BONEWICZ PC | Uns | 3,267.10 | NA | NA | 0.00 | 0.00 |
| JOHN C BONEWICZ PC | Uns | 42,221.72 | NA | NA | 0.00 | 0.00 |
| JOHN C BONEWICZ PC | Uns | 2,106.83 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY | Uns | 1,241.12 | NA | NA | 0.00 | 0.00 |
| LEADING EDGE RECOVERY | Uns | 260.11 | NA | NA | 0.00 | 0.00 |
| LTD FINANCIAL SERVICES LP | Uns | 2,598.12 | NA | NA | 0.00 | 0.00 |
| MANAGEMENT SERVICES | Uns | 5,615.55 | NA | NA | 0.00 | 0.00 |
| MCM | Uns | 2,770.10 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Uns | 2,801.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 464.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 419.49 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 434.18 | NA | NA | 0.00 | 0.00 |
| NARS | Uns | 431.80 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 5,672.14 | 6,165.01 | 6,165.01 | 0.00 | 0.00 |
| NCC BUSINESS SERVICES INC | Uns | 260.11 | NA | NA | 0.00 | 0.00 |
| NCC BUSINESS SERVICES INC | Uns | 793.19 | NA | NA | 0.00 | 0.00 |
| NORDSTROM FSB | Uns | 2,593.00 | 2,593.26 | 2,593.26 | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 103.37 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CONVERGENT HEALTHCARE | Uns | 222.55 | 496.52 | 496.52 | 0.00 | 0.00 |
| BOSTON PORTFOLIO ADVISORS | Uns | 0.00 | 15,073.44 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 260.18 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECVRY & AFFIL | Uns | 932.00 | NA | NA | 0.00 | 0.00 |
| QCARD GEMB | Uns | 195.26 | NA | NA | 0.00 | 0.00 |
| RMA / CHECK IT | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ASSOCIATED CLINICAL | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 19.88 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 3,279.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 2,893.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,963.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 1,704.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 982.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 549.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 497.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 425.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 296.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 246.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 246.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 244.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ORTHOPEDIC | Uns | 25.90 | NA | NA | 0.00 | 0.00 |
| SRA ASSOCIATES INC | Uns | 3,618.56 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 707.95 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 149.99 | NA | NA | 0.00 | 0.00 |
| THD / CBNA | Uns | 2,698.00 | NA | NA | 0.00 | 0.00 |
| TNB - TARGET | Uns | 719.00 | NA | NA | 0.00 | 0.00 |
| UNION PLUS MASTERCARD | Uns | 5,672.14 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SYSTEMS | Uns | 2,500.63 | NA | NA | 0.00 | 0.00 |
| WEB BANK / DFS | Uns | 2,782.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 4,221.00 | 5,331.18 | 5,331.18 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 3,267.00 | 4,020.17 | 4,020.17 | 0.00 | 0.00 |
| BICE RENTALS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MONARCH RECOVERY | Uns | 793.19 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 27,257.20 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 0.00 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 0.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  06/07/2013               By:  /s/ Lydia S. Meyer
                                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.